UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTIN STANLEY IVIE,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:19-cv-05782-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (no objections to the Report and Recommendation were filed), and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED** and that the matter is dismissed without prejudice. Petitioner's motion for service and answer and production of docket numbers (Dkt. 7) is **DENIED**. The Clerk shall send copies of this Order to petitioner and to Magistrate Judge Creatura.

DATED this 7th day of January, 2020.

ROBERT J. BRYAN
United States District Judge